**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

SOUTHPOINTE GOLF CLUB, INC.,

          Petitioner

          v.

SOUTHPOINTE PROPERTY OWNERS'
ASSOCIATION, INC.; REDEVELOPMENT
AUTHORITY OF THE COUNTY OF
WASHINGTON; R&M INVESTMENT
GROUP LLC; TECHNOLOGY DRIVE LLC;
ANSYS, INC.; CROWN CASTLE USA, INC.;
701 TECHNOLOGY DRIVE PARTNERS
L.P.; CREEHAN PROPERTIES, LP;
SPCDMG LTD; 1750 EAST REALTY, L.L.C.;
LANDMARK LIMITED PARTNERSHIP;
SOUTHPOINTE RINK ASSOC L.P.;
CENTIMARK CORPORATION;
SOUTHPOINTE 16 ASSOCIATES;
KOSSMAN-PHOENIX LIMITED
PARTNERSHIP; ANDRITZ METALS, INC.,
F/N/A BRICMONT, INC., F/N/A ANDRITZ
BRICMONT, INC.; HERSHEY LEASING
COMPANY, LP; CHAMP INVESTMENT
LIMITED PARTNERSHIP; CREEHAN
PROPERTIES 151, LP; AUMA
ACTUATORS INC.; MARK K. GERMAN;
ACCUTREX PRODUCTS, INC.;
SOUTHPOINTE #4 GREEN ASSOCIATES;
FOUR THOUSAND NINE HUNDRED WEST
BROAD STREET LAUNDRY, LLC A/K/A
4900 WEST BROAD STREET LAUNDRY,
LLC AN OHIO LIMITED LIABILITY
COMPANY N/K/A FAIRWAY VIEW, LLC;
SOUTHPOINTE 375 ASSOCIATES, L.P.;
MERCES DE QUEVEDO FREEMON 2007
LIVING TRUST, PHILIP G. AND RICHARD
A. FREEMON TRUSTEES; LEXINGTON
TNI CANONSBURG, LP; SUMMIT & PLAZA
II HOLDINGS LP; RONALD M. KEAN & R.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 217 WAL 2021

Petition for Allowance of Appeal
from the Order of the
Commonwealth Court

GEORGE YURASKO AND FREDERICK A. :
FARRELL TRUSTEES OF UNITED FOOD & :
COMMERCIAL WORKERS, LOCAL UNION :
23; NELSON M. AND DARLENE M. :
HEETER; SOUTHPOINTE/MILLER LIMITED :
PARTNERSHIP; 501 TECHNOLOGY :
PARTNERS, LLC; SCHENLEY CENTER :
ASSOC II LP; 121 CHAMPION LLC; :
TECHNOLOGY DRIVE, LLC; KRB :
DEVELOPMENT CO., L.P.; :
FOUNTAINHEAD SOUTHPOINTE :
ASSOCIATES; SOUTHPOINTE HOTEL :
AND CONFERENCE CENTER L.P., :
SUMMIT & PLAZA II HOLDINGS, LP; :
DIALYSIS CLINIC, INC.; AGES :
ASSOCIATES LP WASHINGTON COUNTY :
AUTHORITY; LAWRENCE AND KIMBERLY :
A. MELEN; DONALD K. AND PAMELA B. :
ROBINSON; SOPHIA C. SARRIS; WILLIAM :
A. AND KATHLEEN BARON; EVERETT E. :
DUNN AND CONNIE A. DUNN, TRUSTEES :
OF THE DUNN REVOCABLE TRUST :
DATED NOVEMBER 13, 2008; JAMES E. :
AND TRACEY L JACOBS; THOMAS P. :
KAZAS AND SANDRA FRANK- KAZAS; :
BRETT E. MURAWSKI AND KELLY J. :
CHANEY; WALTER E. AND BARBARA A. :
KRYSPIN; GARY M. STEFANSKY AND :
SUZANNE A. ORBANICK-STEFANSKY; :
MARK AND LAUREN M. LEGA; ANDREW :
J. AND MAUREEN L. KICINSKI; BETTY :
HARRIS RAINIER REVOCABLE TRUST :
DATED MAY 15, 2012, BETTY HARRIS :
RAINER TRUSTEE; JEFFREY J. AND :
JANENE M. JOST; MARY JANE BROGLIA; :
CARY D. COWDEN; LOUIS V. AND :
ELIZABETH VALENTE; RONALD L. AND :
ELAINE C. FRIEDMAN; PAUL ROBERT :
AND REGINA M. JOHNSTON; GUTHRIE :
AND VIOLA TABONI; PATRICK G. AND :
LYN C. MCGINNIS; JAMES H. AND DONNA :
J. WHITE;  RICHARD OTTER AND :
DEBORAH C. FRIEDRICH; JOSEPH J. AND :
MARY ANN BROWN; BRUCE E. AND :
MARGARET  A. HOUGH; RAYMOND W. :
SAUER, JR. AND HELEN F. SAUER; GENO :

A. AND JUSTINE PISCIOTTANO; JOHN P. :
AND M. KATHLEEN FOX; RICHARD A. :
AND SHARON BARCELONA; GENO R. :
AND CYNTHIA N. LEVI; STEVEN W. AND :
MELISSA ANN CHESHER; MARK S. AND :
GEN CAMERON WILSON; WILLIAM K. :
AND PATRICIA SNODGRASS; JEFFREY :
M. ANGELA D. ABBOTT; DAVID A. AND :
MARY E. FETCHKO; LOUIS AND JOELLYN :
BARLETTA; KEVIN F. OWSIANY; JOHN C. :
AND ARLENE E. STANKUS; DOUGLAS R. :
AND MELISSA L. HODINKO; ELIZABETH :
E. AND DANIEL F. VORUM; FAIRWAY :
LANDINGS TOWNHOUSES OF :
SOUTHPOINTE ASSN. INC.; KEVIN AND :
DOREEN LYNN RUFFE; TERRI BUSH :
BROWN; WILLIAM B. AND CONNIE :
GROSS; WENDY JEAN OBRIEN; PAUL B. :
DEFAZIO; DAVID A. ROSS; GRIFFITH :
FAMILY TRUST, PETER D. FRIFFITH AND :
BONNIE L. GRIFFITH, TRUSTEES; PETER :
H. AND JOYCE I. PHILLIPS; WILLIAM R. :
PIPER AND LINDA O'LEARY; REGIS J. :
MCKENZIE, III; GAYLA R. HAGG; STEVEN :
SPECA; TONY L. AND JAN B. ANGELLE; :
RUTH A. LUTZ, TRUSTEE FOR THE LUTZ :
FAMILY TRUST; WILLIAM J. AND :
DEBORAH A . HARRISON; ROGER D. :
GRAHAM, JR. AND MARY ANN GRAHAM; :
PATRICIA K. HAZEN;  HEART & SEOUL :
PRODUCTIONS, LC A MICHIGAN LIMITED :
LIABILITY COMPANY, STEPHANIE L. :
KUBIK; MICHELE A DOCCHIO; JOHN S. :
AND ELLEN J. STEIGERWALD; MARILYN :
I. GOODWILL; CORINNE MCCULLOUGH; :
PHILLIP J. FALCONI; MARK E. NANCE; :
WALTER M. CASTRO; LYNN A. DEPPEN; :
MICHAEL W. AND KATHY SMITH; MARK I. :
LINN AND RENEE A. BATTISTONE; :
VARUN MISHRA; DAVID HARKREADER :
AND LYNNE D. DUNN; SOUTHPOINTE :
HOLDINGS, LLC; JEFFREY H. AND :
JONELLE M. STAMBAUGH; LUCA ZOIA :
AND CHIARA GONIN; KATHERYN LEIGH :
TATE; ALEXANDRA KUSTURISS; JOHN A. :
AND MARIANNE ZYWAN; JEFFREY J. :

LIVOLSI; CHRISTOPHER J. AND LYN R.          :
LOGELIN; THOMAS J. AND BETTY J.             :
ZAYAC; DOUGLAS B. BLOBNER                    :
REVOCABLE LIVING TRUST, DATED               :
OCTOBER 20, 2010, DOUGLAS B.                 :
BLOBNER TRUSTEE; ROBERT S. AND              :
JANET M. CAMEL; RICHARD K. AND              :
PENNY ANN L. THOMAS; ERIC J. AND            :
CONNIE I. BRUCE; WAYNE TRUST                :
WALTER K. AND VIRGINIA M. WAYNE             :
TRUSTEES; SUBHASH JOON; DEREK  A.           :
RICE; GREGORY A. KARABETSOS;                :
JANET TORRIERO; JOHN AND CAROL              :
RIDDLE; DONALD L. AND MARGRET S.            :
HOCEVAR; MARY KAY GRAZIANO;                 :
MARGARET K. FISCHER; THOMAS LEE             :
AND ALLYSON ANN FRITZ; SAMUEL J.            :
RODGERS AND REBECCA L. BLACK;               :
EDMOND A. AND SUSAN MARIE                   :
CONONGE; ROBERT F. MILINSKI AND             :
STANLEY J. ZAWACKI; ROSLYN                  :
CORTON; YING WEI; MARLENE V.                :
PIEROTTI REVOCABLE TRUST,                   :
MARLENE V. PIEROTTI, TRUSTEE;               :
RICHARD C. GOODWILL; TIMOTHY J.             :
AND CARMEN CECILIA AITKEN; JOE AND          :
ANNE TRASK; BONITA L. SIDICK; DAVID         :
H. AND VICTORIA L. SMITH; ALICE F.          :
DAGG TRUST; ALICE F. DAGG TRUSTEE;          :
LARRY J. AND CATHERINE A. CAVALLO;          :
CINDY RICE-ANDREA AND RICHARD               :
ANDREA; DOLORES KARA REVOCABLE              :
TRUST DOLORES KARA TRUSTEE;                 :
BERNARD JOHN HOBACH 2001                     :
IRREVOCABLE TRUST, BERNARD J.               :
HOBACH, TRUSTEE; NANCY E. FLYNN;            :
PAUL J. AND GERALDINE MCKOSKY;              :
MELELAOS AND KIKI DOUMAS LIVING             :
TRUST DATED DECEMBER 20, 1999,              :
MENEALAOS DOUMAS AND KIKI                   :
DOUMAS, TRUSTEES; RICHARD J.                :
KAWALEK; PATRICIA NAN DAUM; LYNDA           :
L. KELLY; CHARLES W. AND DAWN LYNN          :
FIKE; NORMAN MICHAEL REVOCABLE              :
TRUST, ALICE J. MICHAEL TRUSTEE;            :
EARL L. AND MARIA A. ROMESBERG;             :

WILLIAM R. AND JENNIFER S. DAVIS;          :
DEREK PEABODY AND ASHLEY R.                :
PAWLISH; JOSEPH A. AND AMY L.              :
WATESKA; GARY D. AND KAREN L.              :
SMITH; RONALD M. AND EVA M. BOZICK;        :
ROBERT J. BRAITHWAITE, SR., AND            :
MARY T. BRAITHWAITE; PHILLIP J.            :
BINOTTO, JR. AND D. JILL BINOTTO;          :
WILLIAM S. AND LAURA K. TATE;              :
SHANEY L. RUDAR; SCOTT T. AND              :
LAUREN DOOLEY; RAYMOND R. PARRY,           :
SR. AND BARBARA L. PARRY; DAVID A.         :
AND CHERYL S. BAYNE; FRANK C.              :
BOTTA; MICHAEL J. AND IRENE  A.            :
FOSTYK; TIMOTHY P. AND STEPHANIE           :
GALLOWAY; PETER F. AND DEBORAH L.          :
SINGLETON; RICHARD DEAN AND                :
JUDITH ELLEN MCALLISTER; PAUL V.           :
AMBROSE FAMILY TRUST, PAUL V.              :
AMBROSE AND GLORIA J. URSITZ               :
TRUSTEES; DENNIS P. AND PAMELA J.          :
WEAKLAND; RICHARD K. MILLER;               :
CAMILLE M. HERBERT; ARTHUR AND             :
ELLEN MEZERSKI; SCOTT C. AND               :
LAUREL L. SANDERS; RUTH ANN                :
FALCONI; BERNARD J. SHAUGHNESSY,           :
JR. AND MELISSA J. SHAUGHNESSY;            :
JUSTIN R. DOMACHOWSKI; RONALD J.           :
AND NATALIE A. AIELLO; SCOTT COOK;         :
SOUTHPOINTE DEVELOPMENT LLC                :
D/B/A SOUTHPOINTE APARTMENTS;              :
TERRY ANN MCCAFFREY; RENEE                 :
CAVALOVICH; DOREEN V. LATONA;              :
ROBERT PREMRO; ADRIENNE L.                 :
COMPEGGIE; WILLIAM H. AND PHYLLIS J.       :
SAVATT; GEORGE S. VILLANI; MARK            :
BORDEN; HERBERT F. AND ANA L.              :
BALZUWEIT; ADAM J. FULTON; GL              :
HARAKAL GROUP, INC; GERALD                 :
THOMAS AND REBECCA MARIE                   :
MATHEWS; TAMMI R. BROWN; FAIRWAY           :
VIEW, LLC; SCOTT AND ALANA HUDSON;         :
ALVIN AND PATRICIA MILLER; ROBERT          :
A. SIMMERS; LYNN S. FRANK; BENJAMIN        :
M. NEENAN AND PAIGE WILLIAMSON             :
NEENAN; MAC & MAC PROPERTIES LLC;          :

BRETT J. ROSS; MARK E. AND JEANNE E. :
BECKER; SUSAN P. ARMSTRONG; :
SUSAN R. PASSANTE; CORY BAK; :
RAHUL BAZAZ; LEE AND ALEXIS :
WETZEL; SCOTT T. DOOLEY; KENNETH :
AND LINDA MATZ; JAMES J. RATTI; :
JANELLE VICINELLY; JOHN, JR. AND :
DEANNA R. LUBIC; WILLIAM L. LYONS, IV; :
GERALD W. AND SUSAN M. HORTON; :
PAMELA C. POLACEK; JOEL HATFIELD; :
JOAN DOERSCHNER ENZ; CHARLES J. :
STEFKO; RANDY W. AND CATHY J. BELL; :
CHRISTIAN AND ROCHELLE A. :
DELGADO; HELGA E. KERCHER; JAMES :
FRANKLIN REALTY LLC; TIMOTHY :
MCMANAMA; C. SCOTT AND PATRICIA R. :
WARMAN; MARGOT A. VAUGHAN; :
RICHARD C. AND DIANNA L. :
SPONAUGLE; ANTHONY K. GIANETTINO :
AND IRONWOOD/WEDGEWOOD :
HOMEOWNER'S ASSOCIATION, INC.; :
FAIRWAY LANDINGS TOWNHOMES OF :
SOUTHPOINTE ASSOCIATION, INC.; AND :
THE FAIRWAYS CONDOMINIUM OF :
SOUTHPOINTE ASSOCIATION, INC., :

Respondents

**ORDER**

**PER CURIAM**

   **AND NOW**, this 8th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.